PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

U. S. DISTRICT COURT
Southern District of GA
Filed in Office
1·5      20 18 M
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

Thalea A. Wyatt

Crim. No. 4:17CR00150-1

On December 12, 2017, the above named was placed on probation for a period of six months. Wyatt has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Thalea A. Wyatt be discharged from supervision.

Respectfully submitted,

Ervin G. Frazier, II
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this ____4 7th____ day of January, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of GA
Filed in Office
1·5      20 18 M
Deputy Clerk